ROSE M. CARROCK, Doing Business under the Name of CARROCK & SON, Respondent, v. AMALGAMATED MEAT CUTTERS AND ALLIED MARKET EMPLOYEES, LOCAL 63, et al., Defendants, and GUS CHARLES et al., Defendants-Appellants.— Motion for reargument granted. [See 266 App. Div. 1057.] All concur,

except Dowling, J., not voting. Present — Crosby, P. J., Cunningham, Dowling, Harris and McCurn, JJ.